

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| JAMES HENRY MCDONALD, | § | No. 08-19-00122-CR |
| Appellant, | § | Appeal from |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D03030) |
| | § | |

## O R D E R

This Court has received and filed notice that Appellant died on March 5, 2021. Because the appeal was perfected before Appellant's death, and we have not yet issued a mandate, it is ORDERED that the appeal is permanently abated. See Tex.R.App.P. 7.1(a)(2).

IT IS SO ORDERED this 27th day of May, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.